## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**VERDANTZ HOLDINGS, LLC**                                        **PLAINTIFF**

**v.**                                        **CAUSE NO. 1:25-cv-115-LG-RPM**

**ADVANCED EXPLORATION
SOLUTIONS, INC.; ERICK MOSTELLER,**
*Individually***; RALPH THOMPSON,**
*Individually***; JOHN AND JANE DOES 1–10;**
**ACME COMPANIES 1–10**                                        **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated

herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff

Verdantz Holdings, LLC's claims against Defendants Advanced Exploration

Solutions, Inc.; Erick Mosteller; Ralph Thompson; John and Jane Does 1–10; and

Acme Companies 1–10 are **DISMISSED WITHOUT PREJUDICE** for lack of

subject-matter jurisdiction.  There being no other claims to adjudicate, this case is

**CLOSED**.

**SO ORDERED AND ADJUDGED** this the 15th day of November, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE